UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**DONALD GERARD DOUGLAS**               **CASE NO.  3:25-CV-00230 SEC P**

**VERSUS**                              **JUDGE TERRY A. DOUGHTY**

**TENSAS PARISH DETENTION CENTER**      **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Donald Gerard Douglas's claims [Doc. Nos. 1 & 9] are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED** that Tensas Parish Detention Center's Motion to Dismiss [Doc. No. 10] is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 30th day of September 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE